Abraham A. UNGAR, Plaintiff–
Appellant,

v.

NORTH DAKOTA STATE UNIVER-
SITY, Defendant–Appellee.

No. 07–3770.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 27, 2009.

Filed: March 6, 2009.

Abraham A. Ungar, Fargo, ND, for
Plaintiff–Appellant.

Kirsten R. Franzen, Attorney General's
Office, Bismarck, ND, for Defendant–Ap-
pellee.

Before BYE, COLLOTON, and
GRUENDER, Circuit Judges.

PER CURIAM.

Abraham A. Ungar appeals the district
court's [1] adverse grant of summary judg-
ment in his employment-discrimination ac-
tion. . Based on our de novo review, *see*
*Clegg v. Arkansas Department of Correc-
tion*, 496 F.3d 922, 926 (8th Cir.2007), we
agree with the district court's analysis of
the merits of Ungar's claims and its con-
clusion that there were no trialworthy is-
sues. Accordingly, we affirm. *See* 8th
Cir. R. 47B.

1. The Honorable Ralph R. Erickson, United
States District Judge for the District of North
Dakota.